UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| SAN JUANA HERRERA-RODRIGUEZ,  §<br>    Plaintiff,  §<br>    §<br>v.  §<br>    §<br>CARTER EXPRESS, INC. AND DAVID  §<br>EDWIN BRINK,  §<br>    Defendants.  § | Civil Action No.<br>2:16-CV-112–AM–CW |

## ORDER

According to the parties' second amended scheduling order, all deadlines have now passed.

**IT IS THEREFORE ORDERED** that the parties shall confer and submit final settlement papers or a joint status update to the Court, no later than February 1, 2018.

**SIGNED and ENTERED on January 23, 2018.**

_____
**COLLIS WHITE**
**UNITED STATES MAGISTRATE JUDGE**