UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| SAN JUANA HERRERA-RODRIGUEZ, INDIVIDUALLY AND AS NEXT OF FRIEND TO Y.R.<br><br>v.<br><br>CARTER EXPRESS, INC. AND DAVID EDWIN BRINK | § § § § § § § § § | CIVIL ACTION NO.:<br>2:16-CV-112-AM-CW |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff San Juana Herrera, Individually, and as Next of Friend to Y.R. and Defendants Carter Express, Inc. and David Edwin Brink and hereby notify the Court that this case has resolved at mediation. The parties are in the process of preparing the final paperwork and will submit the closing documents to the Court upon completion.

Respectfully Submitted,

COWEN | RODRIGUEZ | PEACOCK

*/s/ Natalie M. Arledge*
Natalie M. Arledge
Texas Bar No. 24073464
Email: Natalie@cowenlaw.com
6243 IH 10 West Suite 801
San Antonio, TX 78201
Telephone: (210) 941-1301
Facsimile: (956) 504-3674
Email for filings: efilings@cowenlaw.com

**ATTORNEY FOR PLAINTIFF**

1

THE FUENTES FIRM, P.C.

*/s/ Robert Fuentes*    *Signed by permission

Robert Fuentes
State Bar No. 24005405
Federal Bar No. 28591
5507 Louetta Road, Suite A
Spring, Texas 77379
Telephone: (281) 378-7640
Facsimile: (281) 378-7639
robert@fuentesfirm.com

**ATTORNEYS FOR DEFENDANTS**