UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| SAN JUANA HERRERA-RODRIGUEZ, § <br> Individually, and as Next of Friend to § <br> Y.R., a Minor, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CARTER EXPRESS, INC. AND DAVID § <br> EDWIN BRINK, § <br> Defendants. § | Civil Action No. <br> 2:16-CV-112–AM–CW |

## ORDER

It is hereby **ORDERED** that this case is set for a minor settlement hearing on **MARCH 21, 2019, at 10:00 a.m.** The parties and counsel shall be required to attend, as shall Jesse Coronado, the appointed guardian ad litem.

No later than **MARCH 18, 2019**, the parties shall submit a joint settlement agreement to the Court, indicating the terms and structure of the settlement agreement between the Defendants and the Minor Plaintiff, Y.R. Mr. Coronado shall also submit a report, indicating whether the terms of the settlement agreement are fair to Y.R. Finally, the parties shall submit a stipulated dismissal in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, along with a proposed dismissal order for the Court's signature.

**SIGNED this 12th day of March, 2019.**

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE